**No. 66483.**—General Chain & Belt Co. *v.* United States, protests 276951–K, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of conveyor chains, or parts thereof, the same as those the subject of *General Chain & Belt Co.* v. *United States* (42 Cust. Ct. 115, C.D. 2074), the claim of the plaintiff was sustained.

**No. 66484.**—Brown Boveri Corp. and Gehrig Hoban & Co., Inc. *v.* United States, protest 60/26441 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of voltage regulators and parts similar in all material respects to those the subject of *Brown Boveri Corp. et al.* v. *United States* (40 Cust. Ct. 168, C.D. 1978), the claim of the plaintiffs was sustained.

**No. 66485.**—John Wanamaker, Phila., et al. *v.* United States, protests 313441–K, etc. (Philadelphia).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of map measures similar in all material respects to those the subject of *Kaufman & Vinson Co.* v. *United States* (44 Cust. Ct. 238, C.D. 2180), the claim of the plaintiffs was sustained.